IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES GORTON,** | 1:05-CV-00354-OWW-DLB-P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **BICK, et al.,** | |
| Defendants. | The Honorable Dennis L. Beck |

On October 26, 2007, Defendant filed a request for an extension of time to file his responsive pleading, with a supporting declaration of Tania H. Colderbank.

**FOR GOOD CAUSE SHOWN**, Defendant is granted an extension of time, up to and including December 21, 2007, in which to file his responsive pleading.

05pc354.ext.gorton.dm.wpd
SA2007301724

1  IT IS SO ORDERED.

2     Dated:   October 31, 2007                   /s/ Dennis L. Beck
3                                                 UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME

2