1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES ROBERT GORTON,                 1:05-cv-00354-LJO-DLB (PC)

12                                          ORDER GRANTING MOTION
                 Plaintiff,                 TO EXTEND TIME TO FILE  RESPONSE
13
          vs.                               (DOCUMENT #40)
14
     BICK, et al.,                          (30)THIRTY DAY DEADLINE
15
                 Defendants.
16
     _____/
17
          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18
     1983.  On March 21, 2008,  plaintiff filed a motion to extend time to file response.  Good cause
19
     having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS
20
     HEREBY ORDERED that:
21
          Plaintiff is granted thirty (30) days from the date of service of this order in which to file
22
     response.
23

24
          IT IS SO ORDERED.
25
          Dated:    **April 4, 2008**              _____**/s/ Dennis L. Beck**_____
26                                            UNITED STATES MAGISTRATE JUDGE

27

28