1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| CHARLES ROBERT GORTON, | ) | CASE NO.: 1:05-cv-00354 LJO DLB P |
| Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTIONS TO AMEND |
| BICK, | ) | |
| Defendant. | ) | (Docs. 51, 52) |
| | ) | TWENTY (20) DAY DEADLINE |

16

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On September 17, 2008, plaintiff filed a motion to amend the pleadings.  (Doc. 51). On September 23, 2008, plaintiff filed a second motion to amend the pleadings. (Doc. 52). Defendant has not yet responded.

Defendant is HEREBY ORDERED to file a response to plaintiff's motions to amend the pleadings within twenty (20) days of service of this order.  Local Rule 78-230.

IT IS SO ORDERED.

Dated:   **October 7, 2008**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE