1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  CHARLES ROBERT GORTON,
11          Plaintiff,                    No. CIV S-11-0966 DAD P
12      vs.
13  BICK, et al.,
14          Defendants.                   ORDER
15  _____/
16          Plaintiff is a state prisoner proceeding pro se.  This matter is set for jury trial on
17  May 23, 2011, before the undersigned.  Defendant Miller has filed a motion in limine, a motion
18  for summary adjudication, and a motion to dismiss, all of which are based on plaintiff's
19  purported failure to exhaust administrative remedies prior to filing this lawsuit.  Defendant's
20  motions have not been filed in compliance with the court's pretrial order and will be denied
21  without prejudice to the raising of plaintiff's alleged failure to exhaust administrative remedies as
22  an affirmative defense during the trial of this matter.  See Order filed Apr. 12, 2011; see also Fed.
23  R. Civ. P. 50 (authorizing the making of a motion for judgment as a matter of law in a jury trial
24  before the case is submitted to the jury for decision).
25  /////
26  /////

1

1     Accordingly, IT IS HEREBY ORDERED that defendant's motions (Doc. Nos. 119-122) are denied.

DATED: April 28, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gort0966.mots