December 20, 2011

Eastern District Court of California
Clerk of the Court
501 "I" Street; Ste 4-200
Sacramento, CA  94814

FILED

DEC 23 2011

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

RE:  Change of Address
     Gorton v. Todd, et al.;
     Cs. No: 2:08-CV-00369-LKK-GGH (PC); and
     Gorton v. Bick, et. al.;
     Cs. No: 2:11-CV-00996-DAD (PC)

Dear Clerk of the Court:

This letter is to inform you of my new address which is listed below:

> California Institute For Men
> Charles Robert Gorton; T-43446
> ~~14901 So. Central Avenue~~ CIM-WCH-101L
> P.O. Box - ~~128~~ 368
> Chino, CA  91708

Please be advised that this change of address should be reflected to both of the above referenced cases.

Respectfully,

*Charles Robert Gorton*
Charles Robert Gorton, T-43446