IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ROBERT GORTON,

    Plaintiff,                      No. CIV S-11-0966 DAD P

    vs.

BICK, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. On May 25, 2011, the jury returned a verdict in plaintiff's favor against defendant Miller. The jury also awarded plaintiff damages in the amount of $4,000.00. Pending before the court are plaintiff's motions for costs and plaintiff's motion to for a court order enforcing the judgment in this case.

        As to plaintiff's motions for costs, the court will deny these motions without prejudice to refiling with the court's form Bill of Costs. The court requires a prevailing party to complete a form Bill of Costs and return it to the court with any documentation in support of the requested costs. If defendant Miller does not object within fourteen days of plaintiff filing a complete form Bill of Costs, the court will process the properly submitted Bill of Costs.

        As to plaintiff's motion for a court order enforcing the judgment in this case, plaintiff recently filed a motion to withdraw this motion because he has received payment from

the California State Controller. Under these circumstances, the court will honor plaintiff's request and deem his motion for a court order enforcing the judgment in this case withdrawn.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for costs (Doc. Nos. 154 & 157) are denied without prejudice to refiling with the court's form Bill of Costs;

2. The Clerk of the Court is directed to send plaintiff the court's form Bill of Costs;

3. Plaintiff's motion to withdraw his motion for a court order enforcing the judgment in this case (Doc. No. 166) is granted; and

4. Plaintiff's motion for a court order enforcing the judgment (Doc. No. 160) is deemed withdrawn.

DATED: February 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gort0966.costs